**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| DANIEL ALONZO MYERS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ADAMS, SHERHONDA BOATWRIGHT, and CORRECTIONAL OFFICER GASKIN,<br><br>Defendants. | CIVIL ACTION NO.: 6:25-cv-2 |

# ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motion to Dismiss and to dismiss without prejudice Plaintiff's Complaint based on his failure to exhaust available administrative remedies. Doc. 25. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motion to Dismiss, doc. 20, **DISMISS without prejudice** Plaintiff's Complaint, doc. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the

appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 17th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA